**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1050-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, ET AL., | |
| Defendants. | |
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1054-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| INDEPENDENT BANK, ET AL., | |
| Defendants. | |
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1057-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| TEXAS CAPITAL BANK, ET AL., | |
| Defendants. | |
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1058-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| VANTAGE BANK TEXAS, ET AL., | |
| Defendants. | |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY

Plaintiff Textile Computer Systems, Inc. ("Textile") and Defendants Fiserv, Inc. and Fiserv Solutions, LLC (together, "Fiserv") have entered into agreements pursuant to which all claims against Fiserv and any claims relating to Fiserv products and services in the above-captioned actions are required to be voluntarily dismissed after the satisfaction of certain requirements. Accordingly, Textile and Fiserv jointly move to stay all deadlines relating to Fiserv and its products and services for 30 days to allow the parties sufficient time to satisfy such requirements.

Dated: November 29, 2022                    Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue

1

Tyler, Texas 75701
(903) 593-7000

*Attorneys for Textile Computer Systems, Inc.*


/s/ *J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Fax: (512) 495-6401
steve.ravel@kellyhart.com
kelly.ransom@kellyhart.com

Greg H. Lantier (*pro hac vice*)
Gregory Israelson (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DOOR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Gregory.Lantier@wilmerhale.com
Greg.Israelsen@wilmerhale.com

Sarah B. Petty (*pro hac vice*)
Amy L. Mahan (*pro hac vice*)
Jeannette P. Leopold (*pro hac vice*)
Jennifer L. Graber (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DOOR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Sarah.Petty@wilmerhale.com
Amy.Mahan@wilmerhale.com
Jeannette.Leopold@wilmerhale.com
Jennifer.Graber@wilmerhale.com

2

*Attorneys for Defendants Fiserv, Inc. and Fiserv Solutions, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 29, 2022.

*/s/Matthew J. Antonelli*
Matthew J. Antonelli