# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, ET AL., <br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-1050-ADA |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>INDEPENDENT BANK, ET AL., <br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-1054-ADA |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>TEXAS CAPITAL BANK, ET AL., <br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-1057-ADA |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>VANTAGE BANK TEXAS, ET AL., <br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-1058-ADA |

## **ORDER**

This Court, after considering the Notice of Settlement and Joint Motion To Stay filed by Plaintiff Textile Computer Systems, Inc. ("Textile") and Defendants Fiserv, Inc. and Fiserv Solutions, LLC (together, "Fiserv"), is of the opinion that the Joint Motion to Stay should be granted.

IT IS HEREBY ORDERED that the parties' Joint Motion to Stay is **GRANTED**, and all deadlines relating to the claims against Fiserv and claims relating to Fiserv products and services in the above-captioned actions are hereby STAYED for 30 days.

**SIGNED** this ___ day of _____, 2022.

_____
Honorable Judge Alan D Albright
UNITED STATES DISTRICT COURT JUDGE