# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1050-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDEPENDENT BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1054-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS CAPITAL BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1057-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VANTAGE BANK TEXAS, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1058-ADA <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Textile Computer Systems, Inc. ("Plaintiff") and Defendants Fiserv, Inc. and Fiserv Solutions, LLC (together, "Fiserv") have resolved Plaintiff's claims for relief against Fiserv and Fiserv's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Fiserv, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Fiserv with prejudice and Fiserv's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: December 8, 2022

Respectfully submitted,

/s/ *Matthew J. Antonelli*

Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com

/s/ *J. Stephen Ravel*

J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Fax: (512) 495-6401
steve.ravel@kellyhart.com
kelly.ransom@kellyhart.com

Greg H. Lantier (*pro hac vice*)
Gregory Israelson (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DOOR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Gregory.Lantier@wilmerhale.com
Greg.Israelsen@wilmerhale.com

Sarah B. Petty (*pro hac vice*)

1

| | |
|---|---|
| THE STAFFORD DAVIS FIRM, PC<br>815 South Broadway Avenue<br>Tyler, Texas 75701<br>(903) 593-7000 | Amy L. Mahan (*pro hac vice*)<br>Jeannette P. Leopold (*pro hac vice*)<br>Jennifer L. Graber (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>HALE AND DOOR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>Sarah.Petty@wilmerhale.com<br>Amy.Mahan@wilmerhale.com<br>Jeannette.Leopold@wilmerhale.com<br>Jennifer.Graber@wilmerhale.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS FISERV, INC. AND FISERV SOLUTIONS, LLC** |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 8, 2022.

                                          */s/Matthew J. Antonelli*
                                          Matthew J. Antonelli